UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OMAR CARILLO, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1162 |
| | ) | |
| vs. | ) | Judge Guzman |
| | ) | Magistrate Judge Cox |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**INITIAL STATUS REPORT**

1. **The Nature of the Case**

    Section 1983 action alleging false arrest, and state law claim for false arrest/false imprisonment.

2. **Major Legal and Factual Issues in the Case**

    The major factual and legal issues involve the alleged false arrest, and state law claim for false arrest/false imprisonment.

3. **Federal Rule of Civil Procedure 26(f) meeting**

    There are no attorneys of record for the defendants.

4. **Relief Sought by Plaintiff**

    Plaintiff seeks money damages.

5. **Pre-Discovery Disclosures**

    26(a)(1)'s have not been exchanged.

6. **Discovery Plan**

    The Plaintiff proposes to the court the following discovery plan:

    It is anticipated that discovery will be needed on the following subjects:
    (a) the false arrest; and (b) state law claim for false arrest/false imprisonment.
    All discovery commenced in time to be completed by July 1, 2008.

-2-

The Plaintiff agrees to follow the Federal Rules of Civil Procedure and applicable Local Rules of the Court regarding maximum of interrogatories by each party to any other party (25), maximum requests for admission by each party to any other party (unlimited), and time allotted for responses to each (30 days). The Plaintiff further agrees to follow the Federal Rules of Civil Procedure and applicable Local Rules of the Court regarding the maximum of depositions (10 for plaintiff, 10 for defendants), as well as their length (7 hours per deposition). The Plaintiff further agrees not to exceed the limitation set forth in the Federal Rules of Civil Procedure and applicable Local Rules of the Court agreement between the parties and/or Court order.

At this time, Plaintiff does not anticipate the use of experts.

Supplementation under Rule 26(e) due upon receipt of new information.

**7.    Trial Status**

Plaintiff should be ready for trial upon the filing of the final pretrial order.

**8.    Other Items.**

N/A


Respectfully submitted,


Dated: 03/20/2008


/s/ Louis J. Meyer
Louis J. Meyer
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595
*Counsel for the Plaintiff*