# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                Case Number:      08 C 1162

Omar Carillo v. City of Chicago, et al.

                    v.

City of Chicago, et al.,
    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

L. Hurtado, City of Chicago, Defendants.

| | |
|---|---|
| NAME (Type or print)<br>Matthew R. Hader | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Matthew R. Hader | |
| FIRM        City of Chicago, Corporation Counsel's Office | |
| STREET ADDRESS        30 North LaSalle Street, Suite 1400 | |
| CITY/STATE/ZIP<br>Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06284330 | TELEPHONE  NUMBER<br>312.742.9586 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES X        NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?        YES ☐        NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?        YES ☐        NO X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES X    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |