UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Omar Carillo
                Plaintiff,

v.                                      Case No.: 1:08–cv–01162
                                             Honorable Ronald A. Guzman

Lilia Hurtado, et al.
                Defendant.


**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Susan E. Cox for the purpose of holding proceedings related to: settlement conference.(cjg, )Mailed notice.


Dated: June 13, 2008

                                                                                /s/ Ronald A. Guzman

                                                                       United States District Judge